# EXHIBIT A

Hearing Date: 1/8/2024 1:30 PM
Location: Court Room 2806
Judge: Cocozza, Margaret Jean

FILED
9/8/2023 11:32 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH08028
Calendar, 58
24293143

FILED DATE: 9/8/2023 11:32 AM   2023CH08028

2120 - Served            2121 - Served
2220 - Not Served        2221 - Not Served
2320 - Served By Mail    2321 - Served By Mail
2420 - Served By Publication   2421 - Served By Publication
[X] Summons   ☐ Alias Summons

(03/15/21) CCCH 0100 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

AMERIHOME MORTGAGE COMPANY, LLC

UNITED STATES OF AMERICA, under Notice of Federal Tax Lien recorded on 9/30/2019 as document number 1927310089.

No: 2023CH08028

Case Management Date: 1-8-2024

Time: 1:30  ○ AM  [X] PM

Courtroom: 2806

RECEIVED
SEP 13 2023
U.S. ATTORNEY'S OFFICE
NORTHERN DISTRICT OF ILLINOIS

## MORTGAGE FORECLOSURE SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an appearance, pay the required fee (unless the Court determines you cannot afford to pay this fee), and answer or otherwise plead in response to the attached Complaint within 30 days. A copy of the Complaint is attached to this Summons.

> YOU MAY STILL BE ABLE TO SAVE YOUR HOME.
> DO NOT IGNORE THIS DOCUMENT.
> GO TO PAGE 3 OF THIS SUMMONS FOR INFORMATION ON FREE HELP FROM THE COURT.

You must file within 30 days after service of this summons, not counting the day of service.

If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

**FILING AN APPEARANCE:** Your appearance date is NOT a court date. It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 6

**Mortgage Foreclosure Summons** (03/15/21) CCCH 0100 B

FILED DATE: 9/8/2023 11:32 AM 2023CH08028

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**To the Officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Atty. No.: 18837
Atty Name: Law Offices of Ira T. Nevel, LLC
Atty. for: Plaintiff
Address: 175 N. Franklin Street, Suite 201
City: Chicago
State: Il   Zip: 60606
Telephone: (312)357-1125
Primary Email: Pleadings@nevellaw.com

Witness,
9/8/2023 11:32 AM IRIS Y. MARTINEZ

Clerk of the Court

Date of Service: _____
(To be inserted by officer on copy left with defendant or other person)

FILED DATE: 9/8/2023 11:32 AM 2023CH08028

## SERVICE LIST

1. UNITED STATES OF AMERICA
   ATTN: CIVIL DIVISION
   C/O US ATTORNEY
   219 SOUTH DEARBORN
   5TH FLOOR
   CHICAGO, ILLINOIS 60604

   CERTIFIED MAIL ONLY
2. UNITED STATES OF AMERICA
   U.S. ATTORNEY GENERAL
   950 PENNSYLVANIA AVE.,
   NORTHWEST
   WASHINGTON, DC 20530

Hearing Date: 1/8/2024 1:30 PM
Location: Court Room 2806
Judge: Cocozza, Margaret Jean

FILED DATE: 9/8/2023 11:32 AM 2023CH08028

9/8/2023 11:32 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023CH08028
Calendar, 58
24293143

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| AMERIHOME MORTGAGE COMPANY, LLC, Plaintiff(s), vs. UNITED STATES OF AMERICA, under Notice of Federal Tax Lien recorded on 9/30/2019 as document number 1927310089. Defendant(s). | Case No. 2023CH08028<br><br>8001 S. ESSEX STREET<br>CHICAGO, IL 60617 |

### COMPLAINT FOR STRICT FORECLOSURE OF OMITTED SUBORDINATE INTEREST

NOW COMES the Plaintiff, ("Plaintiff") AmeriHome Mortgage Company, LLC., by and through its attorney, Law Offices of Ira T. Nevel, LLC and complaining of the Defendant, United States of America which claims a lien in the property described herein through a Notice of Federal Tax Lien recorded on 9/30/2019 as document number 1927310089.

1. The property (the "subject property") at issue is described as follows:

    THE WEST 32.75 FEET (MEASURED NORMAL TO THE WEST LINE) OF THE FOLLOWING DESCRIBED TRACT OF LAND: THAT PART OF 78.84 FOOT WIDE RIGHT OF WAY OF THE BALTIMORE, PITTSBURGH AND CHICAGO RAILROAD LYING IN THE WEST HALF OF THE NORTHWEST QUARTER OF SECTION 31, TOWNSHIP 38 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING EAST OF THE EAST LINE OF SOUTH ESSEX AVENUE AND LYING WEST OF THE CENTER LINE OF 16 FOOT ALLEY AS DEDICATED IN BLOCK 2 IN 79TH STREET ADDITION TO CHELTENHAM BEACH, A SUBDIVISION OF PART OF THE WEST HALF OF THE NORTHWEST QUARTER OF SECTION 31, TOWNSHIP 38 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN LYING SOUTHWESTERLY OF THE NORTHEASTERLY LINE OF SAID RIGHT OF WAY AND LYING NORTHEASTERLY OF THE SOUTHWESTERLY LINE OF SAID RAILROAD RIGHT OF WAY, ALL IN COOK COUNTY, ILLINOIS.

    Commonly known as: 8001 S. ESSEX STREET, CHICAGO, IL 60617

    PIN No: 21-31-100-049-0000

2. Defendant claims an interest in the subject property by Notice of Federal Tax Lien recorded on 9/30/2019 as document number 1927310089. A copy of the lien is attached as Exhibit A.

3. Plaintiff is the owner of the property following the confirmation of a judicial sale of the subject property in Case Number 22 CH 2671, which resulted in the foreclosure of a mortgage recorded with the Cook County Recorder of Deeds on November 27, 2013, as Document No.1333150238. A copy of said confirmation order is attached hereto as Exhibit B.

4. Plaintiff was the successful bidder at the sale held in Case Number 22 CH 2671, tendering a high bid of $49,500.00 (forty-five thousand five hundred dollars and 00/100's). There was no surplus from the sale and a deficiency in the amount of was entered $30,232.17 (thirty thousand two hundred thirty-two dollars and 17/100'2). A copy of the Report of Sale is attached hereto as Exhibit C.

5. Through inadvertence and mistake, United States of America was not made a party to the foreclosure action and its lien was not terminated through the foreclosure proceeding and confirmation of the judicial sale.

6. The Mortgage and interest of Plaintiff was and is prior and superior to the United States of America's Notice of Federal Lien. Had the United States of America been joined in the foreclosure action originally, its interest would have been terminated by the Judgment of Foreclosure and Sheriff Sale. The claim of the United States of America is adverse to the Plaintiff's claim to the subject property and has placed a cloud on title to the subject property. Absent a redemption of the property pursuant to 735 ILCS 5/15-1603.5(e), through contacting the party identified in Exhibit B as the contact for the holder of the Certificate of Sale, its lien should be strictly foreclosed and forever barred from holding or claiming a lien on the subject property.

WHEREFORE, pursuant to the foregoing, Plaintiff respectfully prays for a Judgment of Strict Foreclosure establishing a response period for to pay off its lien on the subject property, and that unless Defendant pays off Plaintiff 's bid within thirty days of the date of this Judgment through contact of the party described in Exhibit B, that the lien of the United States of America be strictly foreclosed and forever barred

from claiming any interest in or lien upon the subject property, and for such other relief this Court deems just and equitable.

                        AMERIHOME MORTGAGE COMPANY, LLC

                        BY: /s/ Greg Elsnic
                            LAW OFFICES OF IRA T. NEVEL, LLC
                            BY ONE OF ITS ATTORNEYS

Attorney No. 18837
**LAW OFFICES OF IRA T. NEVEL, LLC**
Attorney for Plaintiff
175 North Franklin St. Suite 201
Chicago, Illinois 60606
(312) 357-1125
Pleadings@nevellaw.com
# 22-00777

| | 18331 | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|
| Form 668 (Y)(c) (Rev. February 2004) | | **Notice of Federal Tax Lien** | |

| Area: WAGE & INVESTMENT AREA #2 Lien Unit Phone: (800) 829-7650 | Serial Number 379706919 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

*1927310089*

Doc# 1927310089 Fee $38.00

EDWARD M. MOODY
COOK COUNTY RECORDER OF DEEDS
DATE: 09/30/2019 11:14 AM PG: 1 OF 1

**Name of Taxpayer** RUBY J BORDERS

**Residence** 8001 S ESSEX AVE
CHICAGO, IL 60617-1222

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2010 | XXX-XX-5843 | 11/05/2012 | 12/05/2022 | 7401.29 |
| 1040 | 12/31/2011 | XXX-XX-5843 | 04/07/2014 | 05/07/2024 | 8386.74 |
| 1040 | 12/31/2012 | XXX-XX-5843 | 04/08/2013 | 05/08/2023 | |
| 1040 | 12/31/2012 | XXX-XX-5843 | 12/08/2014 | 01/07/2025 | 14181.00 |

| Place of Filing | | |
|---|---|---|
| Recorder of Deeds Cook County Chicago, IL 60602 | Total | $ 29969.03 |

This notice was prepared and signed at _____ CHICAGO, IL _____, on this,

the __06th__ day of __September__, __2019__.

| Signature for LISA WILLIAMS | Title ACS W&I (800) 829-7650 | 12-00-0000 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X


EXHIBIT A

Order: 230051560
1927310089 LNF 09-30-2019

Page 1 of 1

FILED DATE: 9/8/2023 11:32 AM 2023CH08028

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

AMERIHOME MORTGAGE COMPANY, LLC,

Plaintiff(s),

vs.

UNKNOWN HEIRS OF RUBY JEAN BORDERS A/K/A RUBY J. BORDERS, COURTNEY BROOKS A/K/A COURTNEY BORDERS, DAMON RITTENHOUSE AS SPECIAL REPRESENTATIVE, UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,

Defendant(s).

Case No. 22 CH 2671

8001 S. ESSEX STREET
CHICAGO, IL 60617

## ORDER CONFIRMING SALE

NOW COMES Frederick S. Lappe, of Intercounty Judicial Sales Corp.., and files herein their Report of Sale and Distribution of the proceeds of Sale of the premises involved herein.

The Court finds that Intercounty Judicial Sales Corp. has, in all things, proceeded in accordance with all the terms of the Judgment heretofore entered in making the Sale of the premises involved herein and in distributing the proceeds derived from said Sale;

The Court further finds that the subject property is improved by a Townhouse, and was last inspected by the Plaintiff or its agents on November 18, 2022; and

The Court further finds that the proceeds of Sale of said premises were in the sum of FORTY-NINE THOUSAND FIVE HUNDRED AND 00/100, ($49,500.00) and that Intercounty Judicial Sales Corp. has retained therefrom for their fees and commissions in accordance with the terms of said Judgment, the sum of $400.00.

Municipality may contact the below with concerns about the real property:
Holder of the Certificate of Sale: PLAINTIFF
CONTACT                          CENLAR
                                 VIOLATIONS_CITATIONS@CENLAR.COM
                                 C/O PATTI BRACEY
ADDRESS                          425 PHILLIPS BLVD.
                                 EWING, NJ 06818
TELEPHONE NUMBER:                609-883-3900 EXT 7223

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

Page 1 of 3


EXHIBIT B

FILED DATE: 9/8/2023 11:32 AM 2023CH08028

That said Sale of the premises included herein by Intercounty Judicial Sales Corp. and the distribution by them of the proceeds of Sale and their Report of Sale and Distribution be and they are hereby in all respects approved, ratified and confirmed.

IT IS FURTHER ORDERED that an eviction order be and is hereby entered. The Sheriff of Cook County be and is hereby directed to evict only the Defendants, UNKNOWN HEIRS OF RUBY JEAN BORDERS A/K/A RUBY J. BORDERS, COURTNEY BROOKS A/K/A COURTNEY BORDERS, from the premises described as the following:

THE WEST 32.75 FEET (MEASURED NORMAL TO THE WEST LINE) OF THE FOLLOWING DESCRIBED TRACT OF LAND: THAT PART OF 78.84 FOOT WIDE RIGHT OF WAY OF THE BALTIMORE, PITTSBURGH AND CHICAGO RAILROAD LYING IN THE WEST HALF OF THE NORTHWEST QUARTER OF SECTION 31, TOWNSHIP 38 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING EAST OF THE EAST LINE OF SOUTH ESSEX AVENUE AND LYING WEST OF THE CENTER LINE OF 16 FOOT ALLEY AS DEDICATED IN BLOCK 2 IN 79TH STREET ADDITION TO CHELTHENHAM BEACH, A SUBDIVISION OF PART OF THE WEST HALF OF THE NORTHWEST QUARTER OF SECTION 31, TOWNSHIP 38 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN LYING SOUTHWESTERLY OF THE NORTHEASTERLY LINE OF SAID RIGHT OF WAY AND LYING NORTHEASTERLY OF THE SOUTHWESTERLY LINE OF SAID RAILROAD RIGHT OF WAY, ALL IN COOK COUNTY, ILLINOIS.

Common Address: 8001 S ESSEX STREET CHICAGO IL 60617
P.I.N. 21-31-100-049-0000

and place in possession Plaintiff, AMERIHOME MORTGAGE COMPANY, LLC. No occupant of the property not specifically named in the caption may be evicted pursuant to this Order without a Supplemental Eviction Order or an Eviction Order pursuant to an Eviction Complaint. Possession is stayed thirty (30) days, pursuant to 735 ILCS 5/15-1701(d).

Pursuant to 735 ILCS 5/15-1604(a), COURTNEY BROOKS A/K/A COURTNEY BORDERS, shall have thirty (30) days from the entry of this order to exercise the special right to redeem the mortgage.

IT IS FURTHER ORDERED that Intercounty Judicial Sales Corp. be and is hereby ordered, upon presentation by the successful bidder, of the duly issued Certificate of Sale, to immediately issue a Judicial Deed for the subject premises to the successful bidder. All claims of parties to the foreclosure are hereby terminated and barred pursuant to 735 ILCS 5/15-1509 (c).

IT IS FURTHER ORDERED that the deed to be issued hereunder is a transaction subject to the Real Property Transfer Tax laws of the State of Illinois, 35 ILCS 200/31-1, *et seq.* Nothing in this Order Approving Sale shall be deemed to have an effect on the transfer exemption provisions set forth in county and local municipality transfer tax laws. .

The Court further find that under said Judgment, there remains a deficiency balance, and an In-Rem Judgment is hereby entered against the property in the sum of $30,232.17

Plaintiff shall send a copy of this Order to the Defendants by regular mail within seven (7) days.

Judge Marian Emily Perkins

JAN 27 2023

Circuit Court - 2201

ENTERED:

_Marian Perkins_
JUDGE

Email: ccc.mfmlcalendar56@cookcountyil.gov
Phone #:312-603-3900

Attorney No. 18837
LAW OFFICES OF IRA T. NEVEL, LLC
Attorney for Plaintiff
175 North Franklin St. Suite 201
Chicago, Illinois 60606
(312) 357-1125
Pleadings@nevellaw.com
SL
# 22-00777

Hearing Date: 1/27/2023 2:30 PM - 2:35 PM
Location: <<CourtRoomNumber>>
Judge: Calendar, 7557 ADC

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

FILED
1/11/2023 3:12 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH02671
Calendar, 56
21001591

AMERIHOME MORTGAGE COMPANY, LLC )
)
Plaintiff,) 22 CH 2671
vs. ) Calendar 56
UNKNOWN HEIRS OF RUBY JEAN BORDERS A/K/A RUBY)
J. BORDERS, COURTNEY BROOKS A/K/A COURTNEY )
BORDERS, DAMON RITTENHOUSE AS SPECIAL )
REPRESENTATIVE, UNKNOWN OWNERS AND NON-RECORD)
CLAIMANTS                    Defendants,)

8001 S. ESSEX STREET, CHICAGO, IL 60617

## REPORT OF SALE AND DISTRIBUTION

**On this January 9, 2023, the date of sale**, I, Frederick S. Lappe, the supervisor of sales of **Intercounty Judicial Sales Corporation**, selling officer appointed in the matter captioned above, do hereby report:

**That** pursuant to a Judgment of Foreclosure and Sale entered herein, the plaintiff advertised the following described real estate to be sold at public auction to the highest bidder for cash at 11 a.m., January 9, 2023 at the offices of **Intercounty Judicial Sales Corporation**, 120 West Madison Street, Suite 718A, Chicago, Illinois 60602, as set forth in the certificate of publication attached hereto and made a part hereof;

**That** at that time and place, I offered said premises for sale at public auction to the highest bidder on the terms specified in said advertisement;

**That** AMERIHOME MORTGAGE COMPANY, LLC, the plaintiff herein, offered and bid therefore the sum of forty-nine thousand five hundred and 00/100 dollars ($49,500.00); and

**That** being the highest and best bid, I accordingly struck off and sold to said bidder the following described real estate:

THE WEST 32.75 FEET (MEASURED NORMAL TO THE WEST LINE) OF THE FOLLOWING DESCRIBED TRACT OF LAND: THAT PART OF 78.84 FOOT WIDE RIGHT OF WAY OF THE BALTIMORE, PITTSBURGH AND CHICAGO RAILROAD LYING IN THE WEST HALF OF THE NORTHWEST QUARTER OF SECTION 31, TOWNSHIP 38 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING EAST OF THE EAST LINE OF SOUTH ESSEX AVENUE AND LYING WEST OF THE CENTER LINE OF 16 FOOT ALLEY AS DEDICATED IN BLOCK 2 IN 79TH STREET ADDITION TO CHELTHENHAM BEACH, A SUBDIVISION OF PART OF THE WEST HALF OF THE NORTHWEST QUARTER OF SECTION 31, TOWNSHIP 38 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL MERIDIAN LYING SOUTHWESTERLY OF THE NORTHEASTERLY LINE OF SAID RIGHT OF WAY AND LYING NORTHEASTERLY OF THE SOUTHWESTERLY LINE OF SAID RAILROAD RIGHT OF WAY, ALL IN COOK COUNTY, ILLINOIS. P.I.N. 21-31-100-049-0000. Commonly known as 8001 S. ESSEX STREET, CHICAGO, IL 60617.



EXHIBIT C

**REPORT OF SALE AND DISTRIBUTION - PAGE 2**     Case Number 22 CH 2671

    I, Frederick S. Lappe, the supervisor of sales of **Intercounty Judicial Sales Corporation**, selling officer appointed in the matter captioned above, do hereby further report;

    **That Intercounty Judicial Sales Corporation** has executed and delivered to said purchaser its Receipt of Sale, a copy of which is attached hereto, along with a copy of the Certificate of Sale (if any) delivered to said purchaser;

    **That** the proceeds of said sale will, upon confirmation of the sale, be disbursed as follows:

**1. To the Plaintiff:**
    a) The amount due under judgment               $69,665.52
    b) Interest thereon from date of
       judgment to date of sale                   $1,861.31
    c) Publication costs                           $575.00
    d) Post judgment advances:
       Taxes                         $0.00
       PMI                           $0.00
       Escrow                  $6,590.34
       Attorney fees            $640.00
       Title Insurance          $0.00
       Miscellaneous           $0.00
       Receipts                 $0.00
       Total advances                              $7,230.34
                      **Subtotal**                 $78,757.17

**2. Costs of Sale**
    a) To the Selling Officer, as commission          $400.00
    b) Recording/Registration costs                $0.00
                   **Subtotal**                    $400.00

**TOTAL AMOUNT DUE PLAINTIFF**                        $79,732.17
**TOTAL PROCEEDS OF SALE**                            $49,500.00

**SURPLUS OR (DEFICIENCY)**                         ($30,232.17)

Date: January 9, 2023                    Respectfully submitted
                               INTERCOUNTY JUDICIAL SALES CORPORATION

                                      *Frederick S. Lappe*
                                      By: Frederick S. Lappe